United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Patricia Denise Harvey  
    Debtor

Case No. 16-14032-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: May 05, 2021     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Denise Harvey, 716 South Juniper Street, Philadelphia, PA 19147-2650 |
| cr |  | First Judicial District of Pennsylvania, c/o Traffic Court, 800 Spring Garden Street, Philadelphia, PA 19123-2690 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr |  | Email/Text: megan.harper@phila.gov | May 06 2021 01:58:00 | City of Philadelphia, Joshua Domer, 1401 JFK Boulevard 5th Floor, City of Philadelphia Law Department, Philadelphia, PA 19102 |
| cr | + | Email/Text: blegal@phfa.org | May 06 2021 01:58:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101, U.S.A. 17101-1406 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | WELLS FARGO BANK, N.A |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA DOMER | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 05, 2021 | Form ID: pdf900 | Total Noticed: 4

on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  karena.blaylock@phila.gov

KEVIN G. MCDONALD
    on behalf of Creditor U.S. Bank National Association  as Trustee for Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

LEON P. HALLER
    on behalf of Creditor U.S. Bank National Association  as Trustee for Pennsylvania Housing Finance Agency lhaller@pkh.com,
dmaurer@pkh.com;mgutshall@pkh.com

LEROY W. ETHERIDGE, JR.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  as Trustee for Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

RONALD G. MCNEIL
    on behalf of Debtor Patricia Denise Harvey r.mcneil1@verizon.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia Denise Harvey<br>Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY<br>Movant<br>vs.<br>Patricia Denise Harvey<br>Debtor(s)<br>William C. Miller Esq.<br>Trustee | NO. 16-14032 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 5th day of May, 2021, after a hearing, and for the reasons stated in court, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and that the automatic stay under 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 (as applicable) of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 716 Juniper Street, Philadelphia, PA 19147 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

ERIC L. FRANK.
UNITED STATES BANKRUPTCY JUDGE