# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-14032-ELF

PATRICIA DENISE HARVEY

716 SOUTH JUNIPER STREET

PHILADELPHIA, PA 19147

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PATRICIA DENISE HARVEY

716 SOUTH JUNIPER STREET

PHILADELPHIA, PA 19147

Counsel for debtor(s), by electronic notice only.

RONALD G MCNEIL, ESQ
MCNEIL LEGAL SERVICES
1333 RACE ST
PHILADELPHIA, PA 191071585

Date: 8/24/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee