# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-14032-ELF

PATRICIA DENISE HARVEY

716 SOUTH JUNIPER STREET

PHILADELPHIA, PA 19147

       Debtor

## <u>CERTIFICATE OF SERVICE</u>

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PATRICIA DENISE HARVEY

716 SOUTH JUNIPER STREET

PHILADELPHIA, PA 19147

Counsel for debtor(s), by electronic notice only.

RONALD G MCNEIL, ESQ
MCNEIL LEGAL SERVICES
1333 RACE ST
PHILADELPHIA, PA 191071585

                /S/ Kenneth E. West

Date: 12/6/2021             _____

                Kenneth E. West, Esquire
                Chapter 13 Standing Trustee