United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-14032-elf

Patricia Denise Harvey     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 27, 2022     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Denise Harvey, 716 South Juniper Street, Philadelphia, PA 19147-2650 |
| 13740402 | + | AR Resources Inc., PO Box 1056, Blue Bell Pa 19422-0287 |
| 13925470 | + | Bank of America N.A., 100 No. Tryon Street, Charlotte NC 28202-4000 |
| 13925476 | + | Community College of Phila, 1700 Spring Garden Street, Philadelphia Pa 19130-3991 |
| 13925477 | + | Doylestown Hospital, 595 W. State Street, Doylestown, Pa 18901-2597 |
| 13925473 | + | Global Credit Network, 656 Quince Orchard Road, Gaithersburg, MD 20878-1409 |
| 13925475 | + | HSBC Bank, 961 Weigel Drive, Elmhurst, IL 60126-1058 |
| 13740405 | + | Jason Collura, 1221 Race Street, Philadelphia Pa 19107-1618 |
| 13828351 | + | Joshua Domer, c/o City of Philadelphia and/or water Re, 1401 JFK Blvd 5th Floor, Philadelphia Pa 19102-1617 |
| 13740406 | + | PECO Bankruptcy Group, 2301 Market Street S4-2, Philadelphia Pa 19103-1338 |
| 13890253 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia Pa 19123-2616 |
| 13925468 | + | U.S. Dept of Hsg & Urbn Dvlp, 301 NW 6th Street, Oklahoma City, OK 73102-2823 |
| 13925481 | | Wells Fargo Bank, 1 Home Campus, Philadelphia Pa 19103 |
| 13823624 | | Wells Fargo Bank, N.A., P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |
| 13740408 | + | Xerox State and Local Collection Agency, 1835 Market Street ste 900, Philadelphia Pa 19103-2920 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13820981 | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | City of Philadelphia, School District of Philadelphia, c/o Megan N. Harper, 1401 JFK Blvd, 5th Floor, Phila., PA 19102 |
| 13819749 | + | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13925471 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:47:38 | Capital One Financial, PO Box 30285, Salt Lake City UT 84130-0285 |
| 13925472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:47:35 | Citicorp Credit Services, 100 Citibank Drive, San |

Case 16-14032-elf  Doc 146  Filed 01/29/22  Entered 01/30/22 00:28:22  Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 27, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Antonio, TX 78245-3202 |
| 13925475 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 27 2022 23:44:00 | HSBC Bank, 961 Weigel Drive, Elmhurst, IL 60126-1058 |
| 13925474 | + | Email/PDF: TenetBKNotifications@resurgent.com | Jan 27 2022 23:47:35 | Hahnemann University Hospital, 230 N. Broad Street, Philadelphia Pa 19102-1178 |
| 13925469 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2022 23:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia Pa 19101-7346 |
| 13925478 | | Email/Text: camanagement@mtb.com | Jan 27 2022 23:44:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 13925479 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 27 2022 23:45:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 13756010 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 27 2022 23:44:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13740407 | + | Email/Text: blegal@phfa.org | Jan 27 2022 23:44:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, Pa 17101-1406 |
| 13925480 | + | Email/Text: bankruptcy@philapark.org | Jan 27 2022 23:45:00 | Philadelphia Parking Authority, 701 Market Street, Philadelphia Pa 19106-2895 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 13740404 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, PO Box 21125, Philadelphia Pa 19144-0325 |
| 13740403 | ## | Eastern Revenue, PO Box 185, Southeastern Pa 19399-0185 |
| 13925467 | ##+ | Philadelphia Housing Authority, 12 South 23rd Street, Philadelphia Pa 19103-3014 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

|  |  |
|---|---|
|  | on behalf of Creditor U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| RONALD G. MCNEIL | on behalf of Debtor Patricia Denise Harvey r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Patricia Denise Harvey
           Debtor(s)

Case No: 16−14032−elf
Chapter: 13
_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

           900 Market Street
              Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/27/22