**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Patricia Denise Harvey | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-14032-elf |

**ORDER**

AND NOW, it appearing that an Order Approving Trustee's Report, Discharging Trustee was entered prematurely as this is a pending Chapter 13 case.

ORDERED that Order Approving Trustee's Report, Discharging Trustee and Closing Case erroneously entered by the Clerk's Office on April 15, 2022, is VACATED.

Date: 4/19/22

_____
Eric L. Frank
United States Bankruptcy Judge