United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia Denise Harvey  
    Debtor

Case No. 16-14032-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 19, 2022      Form ID: 138FIN      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia Denise Harvey, 716 South Juniper Street, Philadelphia, PA 19147-2650 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 19 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

**Name**      **Email Address**

JOSHUA DOMER  
     on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: 138FIN | Total Noticed: 4 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor U.S. Bank National Association  as Trustee for Pennsylvania Housing Finance Agency
    bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

LEON P. HALLER
    on behalf of Creditor U.S. Bank National Association  as Trustee for Pennsylvania Housing Finance Agency lhaller@pkh.com,
    dmaurer@pkh.com;mgutshall@pkh.com

LEROY W. ETHERIDGE, JR.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  as Trustee for Pennsylvania Housing Finance Agency
    bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

RONALD G. MCNEIL
    on behalf of Debtor Patricia Denise Harvey r.mcneil1@verizon.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Patricia Denise Harvey
    Debtor(s)

Case No: 16−14032−elf

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/19/22

151 − 149
Form 138FIN