United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-14032-elf |
| Patricia Denise Harvey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia Denise Harvey, 716 South Juniper Street, Philadelphia, PA 19147-2650 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

**Name**      **Email Address**

JOSHUA DOMER
     on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
     on behalf of Creditor U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

LEON P. HALLER
     on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

LEON P. HALLER
     on behalf of Creditor U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

LEROY W. ETHERIDGE, JR.

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Apr 19, 2022 Form ID: pdf900 Total Noticed: 1

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. Bank National Association  as Trustee for Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

RONALD G. MCNEIL

on behalf of Debtor Patricia Denise Harvey r.mcneil1@verizon.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Patricia Denise Harvey        :        Chapter 13

:

Debtor(s)        :        Bankruptcy No. 16-14032-elf

ORDER

AND NOW, it appearing that an Order Approving Trustee's Report, Discharging Trustee was entered prematurely as this is a pending Chapter 13 case.

ORDERED that Order Approving Trustee's Report, Discharging Trustee and Closing Case erroneously entered by the Clerk's Office on April 15, 2022 , is VACATED.

Date:  4/19/22

Eric L. Frank
United States Bankruptcy Judge